■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUFUS WOODS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Kooper, J.), rendered September 15, 1983, convicting him of murder in the second

degree (two counts), attempted murder in the second degree, robbery in the second degree, and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant's guilt was proven beyond a reasonable doubt (*People v Contes,* 60 NY2d 620).

We have reviewed his other contentions and find them to be without merit. Titone, J. P., Weinstein, Rubin and Boyers, JJ., concur.